# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| COOPER LIGHTING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No. 1:16-CV-02669-MHC** |
| v. | ) | |
| | ) | **FIRST AMENDED COMPLAINT** |
| CORDELIA LIGHTING, INC., and | ) | **FOR PATENT INFRINGEMENT** |
| JIMWAY, INC. | ) | **WITH JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

Plaintiff Cooper Lighting, LLC ("Cooper Lighting" or "Plaintiff"), for its First Amended Complaint against Cordelia Lighting, Inc. ("Cordelia") and Jimway, Inc. ("Jimway," together, "Defendants"), alleges as follows:

## THE PARTIES

1.     Plaintiff Cooper Lighting, LLC is a Delaware limited liability company with a principal place of business at 1121 Highway 74 South, Peachtree City, Georgia 30269.  Cooper Lighting is a leading provider of innovative, high-quality lighting fixtures and related products to worldwide commercial, industrial, residential, and utility markets.

2.     Upon information and belief, Defendant Cordelia Lighting, Inc. is a corporation organized and existing under the laws of the state of California, having its principal place of business at 20101 Santa Fe Avenue, Rancho Dominguez,

California 90221.  Defendant Cordelia has appointed Irene L. W. Wang, 20101 South Santa Fe Avenue, Rancho Dominguez, California 90221 as an agent for service of process.

3.     Upon information and belief, Defendant Jimway, Inc. is a corporation organized and existing under the laws of California, having its principal place of business at 20101 Santa Fe Avenue, Rancho Dominguez, California 90221. Defendant Jimway has appointed Irene L. W. Wang, 20101 South Santa Fe Avenue, Rancho Dominguez, California 90221 as an agent for service of process.

## JURISDICTION AND VENUE

4.     This action involves federal statutory questions and claims arising under the laws of the United States.  This Court has jurisdiction over the subject matter of this action, without regard to the amount in controversy, pursuant to 35 U.S.C. § 271 et. seq. and 28 U.S.C. §§ 1331 and 1338.

5.     Personal jurisdiction exists over the Defendants because Defendants have minimum contacts with this forum as a result of business regularly conducted or solicited within this district and/or specifically as a result of, at least, the distribution network wherein Defendants have placed their products within the stream of commerce, which stream is directed at this district, and by committing and/or causing within this district the tort of patent infringement.

6.     Venue is proper in this Court under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b), as Defendants reside in this district and/or wrongful acts giving rise to the Plaintiff's claims have occurred in this district as alleged herein.

## BACKGROUND

7.     Plaintiff Cooper Lighting, a division of Eaton Corporation, is a leader in providing high-quality lighting products for commercial, industrial, retail, institutional, residential, utility, and other markets.  Its HALO® product line of recessed, track, and surface lighting is a brand leader that has been given top honors annually in several industry surveys, including receiving top honors for the 18th consecutive year in BUILDER magazine's 2016 BUILDER Brand Use Study in multiple categories, including Brand Familiarity, Brands Used in the Past Two Years, and Brands Used The Most.

8.     Plaintiff's HALO® product line is the result of state-of-the-art engineering, ongoing research and development, and meticulous product standards. In 2009, Plaintiff was the first to have ENERGY-STAR® certified light emitting diode ("LED") downlights for offices and residences.  Plaintiff's products have also won multiple awards for design and innovation, including Gold in Recessed and Track lighting at the 2015 ADEX Awards presented by Design Journal Magazine, for its RL56 LED Retrofit 900 Series recessed lighting.

9.     As a result of its investment in product research and development, Plaintiff has been awarded numerous utility and design patents that cover one or more of its products.

10.     Plaintiff's customer service, warehousing, and product distribution headquarters have been located in Peachtree City, Georgia since 1996, and it successfully moved its headquarters to this facility in 2001.

### DEFENDANTS' INFRINGING ACTIVITIES

11.     Defendant Cordelia also sells lighting fixtures and accessories within the state of Georgia and throughout the United States.  Cordelia competes with Cooper Lighting in the lighting industry and its products are often displayed side by side with Cooper Lighting's HALO® products in certain retail locations.

12.     Upon information and belief, Defendant Jimway is affiliated or associated with Cordelia and is engaged in the business of importing into the United States and/or manufacturing, selling, or offering to sell lighting fixtures and equipment to customers within the state of Georgia and throughout the United States.

13.     Defendants import, manufacture, and/or distribute for sale recessed lighting products.  These products include at least Defendants' "5 & 6 in. White Recessed LED Trim," sold as Model #CER6730DWH27 (the "Adjustable LED

Product"), "6 in. White Recessed LED Trim" with magnetic trim, sold as Model #CER6741AWH30 (the "6 in. LED Product"), and "6 in. White LED Recessed Gimbal Trim," sold as Model #CER6742AWH30 (the "Gimbal Product," each collectively referred to as the "Accused Products").  True and correct descriptions and photographs of the Accused Products as sold are attached as Exhibits A-C.

14.    Defendants' Accused Products infringe one or more claims of at least four patents owned by Cooper Lighting.  Defendants have made, used, offered for sale, sold, and/or imported the Accused Products, which infringe these patents, as described below.

15.    Defendants' were aware and had actual knowledge of these four patents since at least the service of the original Complaint on July 27, 2016, and Defendants have disregarded, and continue to disregard, an objectively high likelihood that their actions infringe these patents.

16.    Defendants' actions have caused damage and injury to Plaintiff and the consuming public and continue to threaten irreparable harm for which there is no adequate remedy of law, and for which principles of equity require that Defendants be enjoined from their unlawful activity.

17.    This is an exceptional case within the meaning of 35 U.S.C. § 285.

## COUNT ONE - PATENT INFRINGEMENT
### Infringement of U.S. Patent No. 8,348,477

18.    Cooper Lighting is the assignee and owner of all right, title, and interest in United States Patent No. 8,348,477 entitled "Light Emitting Diode Recessed Light Fixture" (the "'477 Patent"). The '477 Patent was duly and legally issued on January 8, 2013 by the United States Patent and Trademark Office. A true and correct copy of the '477 Patent is attached hereto as Exhibit D.

19.    The '477 Patent is generally directed to a recessed LED light fixture with a heat sink for dissipating heat generated by the LEDs and torsion springs coupled to the exterior of the light fixture for mounting the light fixture into a recessed housing. Independent claim 1 is representative and claims:

>    A downlight module, comprising:
>
>    at least one light emitting diode ("LED") light source, each LED light source comprising at least one LED package;
>
>    a heat sink coupled to the at least one LED package, wherein a portion of the heat sink is a substantially planar surface of the interior of the downlight module facing an open end of the module, and wherein the at least one LED package is affixed to the substantially planar surface of the heat sink facing the open end; and
>
>    at least two torsion springs coupled to an exterior surface of the downlight module, the torsion springs configured to be disposed within a recessed light fixture housing when engaged to the housing,

- 6 -

wherein the LED light source emits light through the open end of the downlight module.

20.    Defendants' Adjustable LED Product is a downlight with a LED light source comprising multiple LED packages.  Defendants' Adjustable LED Product is further comprised of a heat sink with a substantially planar interior surface for affixing the LED package facing the open end of the downlight.  Defendants' Adjustable LED Product is further sold with two torsion springs attached to its exterior surface that are configured to attach inside a recessed light fixture housing when the downlight is engaged.  The LED of Defendants' Adjustable LED Product emits light through the open end of the downlight.  *See* Exhibit A.

21.    Defendants' 6 in. LED Product is a downlight with a LED light source comprising multiple LED packages.  Defendants' 6 in. LED Product is further comprised of a heat sink with a substantially planar interior surface for affixing the LED package facing the open end of the downlight.  Defendants' 6 in. LED Product is further sold with two torsion springs attached to its exterior surface that are configured to attach inside a recessed light fixture housing when the downlight is engaged.  The LED of Defendants' 6 in. LED Product emits light through the open end of the downlight.  *See* Exhibit B.

22.    Defendants' Gimbal Product is a downlight with a LED light source comprising multiple LED packages.  Defendants' Gimbal Product is further

comprised of a heat sink with a substantially planar interior surface for affixing the LED package facing the open end of the downlight.  Defendants' Gimbal Product is further sold with two torsion springs attached to its exterior surface that are configured to attach inside a recessed light fixture housing when the downlight is engaged.  The LED of Defendants' Gimbal Product emits light through the open end of the downlight.  *See* Exhibit C.

23.    Upon information and belief, Defendants sell additional recessed LED light fixtures that are designed similar to the Accused Products and infringe one or more claims of the '477 Patent.  These products may differ from Defendants' Accused Products in color and/or size of the intended recessed light housing.

24.    Defendants have directly infringed the '477 Patent by making, using, selling, and/or offering for sale in, and/or importing into, the United States, without authority, the Accused Products and other products, as described above, covered by at least claim 1 of the '477 Patent to the injury of Plaintiff.  Defendants are thus liable for infringement of the '477 Patent pursuant to 35 U.S.C. § 271.

25.    As a result of Defendants' infringement of the '477 Patent, Plaintiff has suffered and will continue to suffer monetary damages that are compensable under 35 U.S.C. § 284 in an amount not yet determined.

26.     Defendants' infringement has been and continues to be deliberate, willful, intentional, and with knowledge of the existence of the '477 Patent since at least the service of the original Complaint on July 27, 2016, such that Plaintiff is entitled to enhanced damages and to recover its attorneys' fees and other expenses of litigation pursuant to 35 U.S.C. §§ 284 and 285.

27.     Defendants have known of the '477 Patent since at least the service of the original Complaint on July 27, 2016, and have disregarded, and continue to disregard, an objectively high likelihood that their actions infringe the '477 Patent.

28.     Unless an injunction is issued enjoining Defendants and their agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf from infringing the '477 Patent, Plaintiff will continue to be greatly and irreparably harmed.

### COUNT TWO - PATENT INFRINGEMENT
### Infringement of U.S. Patent No. 8,348,479

29.     Cooper Lighting is the assignee and owner of all right, title, and interest in United States Patent No. 8,348,479 entitled "Light Emitting Diode Recessed Light Fixture" (the "'479 Patent").  The '479 Patent was duly and legally issued on January 8, 2013 by the United States Patent and Trademark Office.  A true and correct copy of the '479 Patent is attached hereto as Exhibit E.

30.     The '479 Patent is generally directed to a recessed LED light fixture with a heat sink for dissipating heat generated by the LEDs and torsion springs coupled to the exterior of the light fixture for mounting the light fixture into a recessed housing.  Independent claim 1 is representative and claims:

> A downlight module, comprising:
>
> a light emitting diode ("LED") package comprising a plurality of LEDs mounted to a common substrate;
>
> a heat sink coupled to the LED package; and
>
> at least two torsion springs located on opposite side surfaces of the downlight module proximal to an open end of the downlight module, wherein the torsion springs are used to mount the heat sink and LED package within a recessed light fixture,
>
> wherein the LED package generates substantially all of the light emitted by the recessed lighting fixture through the open end of the downlight module.

31.     Defendants' Adjustable LED Product is a downlight with a LED light source comprising multiple LED packages that are mounted to a common substrate.  The LED package is affixed to the heat sink of Defendants' Adjustable LED Product.   Defendants' Adjustable LED Product is further sold with two torsion springs attached to its exterior surface and proximal to the open end that are configured to mount the downlight within a recessed light fixture.  The LED of

Defendants' Adjustable LED Product emits substantially all of its light through the open end of the downlight.  *See* Exhibit A.

32.    Defendants' 6 in. LED Product is a downlight with a LED light source comprising multiple LED packages that are mounted to a common substrate.  The LED package is affixed to the heat sink of Defendants' 6 in. LED Product. Defendants' 6 in. LED Product is further sold with two torsion springs attached to its exterior surface and proximal to the open end that are configured to mount the downlight within a recessed light fixture.   The LED of Defendants' 6 in. LED Product emits substantially all of its light through the open end of the downlight. *See* Exhibit B.

33.    Defendants' Gimbal Product is a downlight with a LED light source comprising multiple LED packages that are mounted to a common substrate.  The LED package is affixed to the heat sink of Defendants' Gimbal Product. Defendants' Gimbal Product is further sold with two torsion springs attached to its exterior surface and proximal to the open end that are configured to mount the downlight within a recessed light fixture.   The LED of Defendants' Gimbal Product emits substantially all of its light through the open end of the downlight. *See* Exhibit C.

34.     Upon information and belief, Defendants sell additional recessed LED light fixtures that are designed similar to the Accused Products and infringe one or more claims of the '479 Patent.  These products may differ from Defendants' Accused Products in color and/or size of the intended recessed light housing.

35.     Defendants have directly infringed the '479 Patent by making, using, selling, and/or offering for sale in, and/or importing into, the United States, without authority, the Accused Products and other products, as described above, covered by at least claim 1 of the '479 Patent to the injury of Plaintiff.  Defendants are thus liable for infringement of the '479 Patent pursuant to 35 U.S.C. § 271.

36.     As a result of Defendants' infringement of the '479 Patent, Plaintiff has suffered and will continue to suffer monetary damages that are compensable under 35 U.S.C. § 284 in an amount not yet determined.

37.     Defendants' infringement has been and continues to be deliberate, willful, intentional, and with knowledge of the existence of the '479 Patent since at least the service of the original Complaint on July 27, 2016, such that Plaintiff is entitled to enhanced damages and to recover its attorneys' fees and other expenses of litigation pursuant to 35 U.S.C. §§ 284 and 285.

38.     Defendants have known of the '479 Patent since at least the service of the original Complaint on July 27, 2016, and have disregarded, and continue to disregard, an objectively high likelihood that their actions infringe the '479 Patent.

39.     Unless an injunction is issued enjoining Defendants and their agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf from infringing the '479 Patent, Plaintiff will continue to be greatly and irreparably harmed.

### COUNT THREE - PATENT INFRINGEMENT
### Infringement of U.S. Patent No. 8,789,978

40.     Cooper Lighting is the assignee and owner of all right, title, and interest in United States Patent No. 8,789,978 entitled "Light Emitting Diode Recessed Light Fixture" (the "'978 Patent").  The '978 Patent was duly and legally issued on July 29, 2014 by the United States Patent and Trademark Office.  A true and correct copy of the '978 Patent is attached hereto as Exhibit F.

41.     The '978 Patent is generally directed to a recessed LED light fixture with a heat sink for dissipating heat generated by the LEDs, an adapter for coupling the light fixture to an Edison based socket, and torsion springs coupled to the exterior of the light fixture for mounting the light fixture into a recessed housing.  Independent claim 1 is representative and claims:

A downlight module for use with a recessed housing located above a ceiling, comprising:

a heat sink, wherein the heat sink includes an inner surface and an outer surface, wherein the outer surface of the heat sink comprises at least a portion of an outer surface of the downlight module;

at least one LED light source coupled to the inner surface of the heat sink, wherein the at least one LED light source is disposed above a reflector and oriented to emit light out of the downlight module, wherein at least a portion of the light emitted by the at least one LED is reflected by the reflector;

at least two torsion springs coupled to the downlight module, wherein the torsion springs are located on opposite sides of the downlight module, wherein the torsion springs are configured to be disposed within a recessed housing when engaged to the recessed housing;

a driver electrically coupled to the at least one LED light source; and

an adapter comprising an Edison based screw-in connector at one end of the adapter and a connector at an opposing end of the adapter, wherein the adapter electrically couples the driver to an Edison based socket.

42.   Defendants' Adjustable LED Product is a downlight for use with a recessed housing that has a heat sink with an inner and outer surface, the outer surface forming a portion of the downlight module.  Defendants' Adjustable LED Product further has a LED light source that is oriented to emit light out of the module, is coupled to the interior of the heat sink, and is above a reflector that

reflects at least a portion of the LED light.  Defendants' Adjustable LED Product is further sold with two torsion springs located on opposite sides of the downlight that are configured to mount the downlight within a recessed housing.  Defendants' Adjustable LED Product further includes a driver electrically coupled to the LED light source and an adapter with an Edison based screw connector at one end for coupling the downlight to an Edison based socket.  *See* Exhibit A.

43.    Defendants' 6 in. LED Product is a downlight for use with a recessed housing that has a heat sink with an inner and outer surface, the outer surface forming a portion of the downlight module.  Defendants' 6 in. LED Product further has a LED light source that is oriented to emit light out of the module, is coupled to the interior of the heat sink, and is above a reflector that reflects at least a portion of the LED light.  Defendants' 6 in. LED Product is further sold with two torsion springs located on opposite sides of the downlight that are configured to mount the downlight within a recessed housing.  Defendants' 6 in. LED Product further includes a driver electrically coupled to the LED light source and an adapter with an Edison based screw connector at one end for coupling the downlight to an Edison based socket.  *See* Exhibit B.

44.    Defendants' Gimbal Product is a downlight for use with a recessed housing that has a heat sink with an inner and outer surface, the outer surface

forming a portion of the downlight module.  Defendants' Gimbal Product further has a LED light source that is oriented to emit light out of the module, is coupled to the interior of the heat sink, and is above a reflector that reflects at least a portion of the LED light.  Defendants' Gimbal Product is further sold with two torsion springs located on opposite sides of the downlight that are configured to mount the downlight within a recessed housing.  Defendants' Gimbal Product further includes a driver electrically coupled to the LED light source and an adapter with an Edison based screw connector at one end for coupling the downlight to an Edison based socket.  *See* Exhibit C.

45.     Upon information and belief, Defendants sell additional recessed LED light fixtures that are designed similar to the Accused Products and infringe one or more claims of the '978 Patent.  These products may differ from Defendants' Accused Products in color and/or size of the intended recessed light housing.

46.     Defendants have directly infringed the '978 Patent by making, using, selling, and/or offering for sale in, and/or importing into, the United States, without authority, the Accused Products and other products, as described above, covered by at least claim 1 of the '978 Patent to the injury of Plaintiff.  Defendants are thus liable for infringement of the '978 Patent pursuant to 35 U.S.C. § 271.

47.     As a result of Defendants' infringement of the '978 Patent, Plaintiff has suffered and will continue to suffer monetary damages that are compensable under 35 U.S.C. § 284 in an amount not yet determined.

48.     Defendants' infringement has been and continues to be deliberate, willful, intentional, and with knowledge of the existence of the '978 Patent since at least the service of the original Complaint on July 27, 2016, such that Plaintiff is entitled to enhanced damages and to recover its attorneys' fees and other expenses of litigation pursuant to 35 U.S.C. §§ 284 and 285.

49.     Defendants have known of the '978 Patent since at least the service of the original Complaint on July 27, 2016, and have disregarded, and continue to disregard, an objectively high likelihood that their actions infringe the '978 Patent.

50.     Unless an injunction is issued enjoining Defendants and their agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf from infringing the '978 Patent, Plaintiff will continue to be greatly and irreparably harmed.

### COUNT FOUR - PATENT INFRINGEMENT
### Infringement of U.S. Patent No. 9,010,956

51.     Cooper Lighting is the assignee and owner of all right, title, and interest in United States Patent No. 9,010,956 entitled "LED Module With On-Board Reflector-Baffle-Trim Ring" (the "'956 Patent").  The '956 Patent was duly

and legally issued on April 21, 2015 by the United States Patent and Trademark Office.  A true and correct copy of the '956 Patent is attached hereto as Exhibit G.

52.    The '956 Patent is generally directed to a light fixture with a heat sink for dissipating heat generated by the LEDs, torsion springs coupled to the exterior of the light fixture for mounting the light fixture into a recessed housing, and mounting pads that are designed such that the torsion springs can be mounted in either 5-inch or 6-inch housings.  Independent claim 1 is representative and claims:

> A light module, comprising:
>
> a heat sink comprising an internal surface surrounding a heat sink cavity formed therein, the internal surface comprising:
>
> a mounting region; and
>
> a reflector region extending from the perimeter of the mounting region to a distal end;
>
> one or more light sources coupled to the mounting region within the heat sink cavity; and
>
> a plurality of mounting pads disposed circumferentially around a portion of the heat sink to separably couple the light module to a housing having a five inch diameter cavity or a housing having a six inch diameter cavity, each mounting pad comprising:
>
> a first receiving hole; and
>
> a second receiving hole,
>
> wherein either the first receiving hole or the second receiving hole is coupled to a torsion spring,

wherein when the torsion spring is coupled to the first receiving hole, the light module is coupled to the housing having the five inch diameter cavity, and

wherein when the torsion spring is coupled to the second receiving hole, the light module is coupled to the housing having the six inch diameter cavity.

53.    Defendants' Adjustable LED Product is a downlight with a heat sink, the internal surface of the heat sink forming a cavity with a mounting region and a reflector region that extends from the perimeter of the mounting region to the distal end.  Defendants' Adjustable LED Product further has a light source coupled to the mounting region of the heat sink cavity.   Defendants' Adjustable LED Product further includes two mounting pads on opposite sides of the rounded exterior of the module with two receiving holes.   The mounting pads of Defendants' Adjustable LED Product are designed such that if the torsion spring is coupled to the first receiving hole, the light module can be placed within a 5-inch recessed housing or, if the torsion spring is coupled to the second receiving hole, the light module can be placed within a 6-inch recessed housing.  *See* Exhibit A.

54.    Upon information and belief, Defendants sells additional recessed LED light fixtures that are designed similar to the Adjustable LED Product and infringe one or more claims of the '956 Patent.  These products may differ from

Defendants' Adjustable LED Product in color and/or size of the intended recessed light housing.

55.     Defendants have directly infringed the '956 Patent by making, using, selling, and/or offering for sale in, and/or importing into, the United States, without authority, the Adjustable LED Products and other products, as described above, covered by at least claim 1 of the '956 Patent to the injury of Plaintiff.  Defendants are thus liable for infringement of the '956 Patent pursuant to 35 U.S.C. § 271.

56.     As a result of Defendants' infringement of the '956 Patent, Plaintiff has suffered and will continue to suffer monetary damages that are compensable under 35 U.S.C. § 284 in an amount not yet determined.

57.     Defendants' infringement has been and continues to be deliberate, willful, intentional, and with knowledge of the existence of the '956 Patent since at least the service of the original Complaint on July 27, 2016, such that Plaintiff is entitled to enhanced damages and to recover its attorneys' fees and other expenses of litigation pursuant to 35 U.S.C. §§ 284 and 285.

58.     Defendants have known of the '956 Patent since at least the service of the original Complaint on July 27, 2016, and have disregarded, and continue to disregard, an objectively high likelihood that their actions infringe the '956 Patent.

59.     Unless an injunction is issued enjoining Defendants and their agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf from infringing the '956 Patent, Plaintiff will continue to be greatly and irreparably harmed.

## PRAYER FOR RELIEF

Plaintiff respectfully requests the following relief:

(a)     Judgment for Plaintiff and against Defendants on all Counts asserted herein;

(b)     Preliminary and permanent injunctive relief enjoining Defendants and their agents, servants, employees, attorneys, representatives, affiliates, and all others acting on their behalf or in active concert or participation with them from infringement of the '477 Patent, the '479 Patent, the '978 Patent, and the '956 Patent;

(c)     Damages to which Plaintiff is entitled including without limitation as provided under 35 U.S.C. § 284, enhanced in an amount equal to three times Plaintiff's damages for Defendants' willful infringement of the '477 Patent, the '479 Patent, the '978 Patent, and the '956 Patent;

(d)     Actual, statutory, and compensatory damages as proven at trial;

(e)     Pre-judgment and post-judgment interest;

(f)     That the Court find that this is an exceptional case within the meaning of 35 U.S.C. § 285;

(g)     Plaintiff's costs, expenses, and reasonable attorneys' fees and litigation expenses incurred in this action; and

(h)     Such other relief as the Court may deem just and proper.

## <u>JURY DEMAND</u>

Plaintiff requests a trial by jury on its First Amended Complaint against Defendants Cordelia Lighting, Inc. and Jimway, Inc.


Dated:  October 7, 2016

/s/ *William B. B. Smith*
William B. B. Smith
Ga. Bar No. 664637
Geoffrey K. Gavin
Ga. Bar No. 288012
J. Jason Williams
Ga. Bar No. 142689
Rachel Geist
Ga. Bar No. 296136
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309-3053
Tel: 404-521-3939
Fax: 404-581-8330

Attorneys for Plaintiff
COOPER LIGHTING, LLC

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

Respectfully submitted this 7th day of October, 2016,

/s/ *Rachel A. Geist*
Rachel A. Geist
Ga. Bar No. 296136
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Respectfully submitted this 7th day of October, 2016,

/s/ *Rachel A. Geist*
Rachel A. Geist
Ga. Bar No. 296136
Attorney for Plaintiff